DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MANUEL CARRILLO-PARRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-09-002 JAM |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING |
| MANUEL CARRILLO-PARRA, | ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on February 17, 2009. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for February 17, 2009, be continued until February 24, 2009. In addition, the parties stipulate that the time period from February 17, 2009, to February 24, 2009, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

DATED: February 13, 2009

1

Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
|---|---|
| United States Attorney | Federal Defender |

/s/Lexi Negin for Daniel McConkie     /s/ Lexi Negin
DANIEL MCCONKIE                       LEXI NEGIN
Assistant U.S. Attorney               Assistant Federal Defender
Attorney for United States            Attorney for Manuel Carrillo-Parra

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | CASE NO. CR-S-09-002 JAM |
|         Plaintiff,                                ) | |
|                                                             ) | ORDER CALENDERING |
|     v.                                                ) | STATUS HEARING |
| MANUEL CARRILLO-PARRA,              ) | |
|         Defendant.                              ) | |

For the reasons set forth in the stipulation of the parties, filed on February 13, 2009,  IT IS HEREBY ORDERED that the status conference currently scheduled for February 17, 2009,  be vacated and that the case be set for Tuesday, February 24, 2009 at 9:30 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 13, 2009 stipulation, the time under the Speedy Trial Act is excluded from February 13, 2009, through February 24, 2009, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: 2/13/ 2009

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE